UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **DANIEL ELDON KENNEMORE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 4:08CV173-DJS |
| | ) | |
| **ALAN BLAKE,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #12] is accepted and adopted.

Dated this   24th   day of February, 2009.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE